**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN CHABOREK** | : | **NO.  15-6700** |

## ORDER

     **NOW**, this 20th day of October, 2016, upon consideration of the Plaintiff Lincoln Benefit Life Company's Motion for Summary Judgment (Document No. 36), the Defendant Brian Chaborek's Motion for Partial Summary Judgment (Document No. 45), the parties' respective responses, and after oral argument, it is **ORDERED** that the motions are **DENIED**.


                                               /s/Timothy J. Savage
                                             TIMOTHY J. SAVAGE,  J.